UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES R. BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-450-G |
| ) | |
| GARFIELD CO. COURT et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 14, 2024, the Court ordered that Plaintiff James R. Blanchard shall either submit his objection to the pending Report and Recommendation (Doc. No. 15) or pay his initial partial filing fee of $7.63 on or before September 15, 2024. *See* Order of Aug. 14, 2024 (Doc. No. 19). The record reflects that Plaintiff has now submitted an initial payment of $8.27 toward his required filing fee. *See* Doc. No. 23.

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 15) is ADOPTED. The Court declines to dismiss this matter at this time. This matter is hereby re-referred to Magistrate Judge Suzanne Mitchell for initial proceedings pursuant to the terms of the initial referral.

Plaintiff's Motion (Doc. No. 24) requesting a copy of the change of address that he submitted to the Court is GRANTED. The Clerk of Court shall send Plaintiff a file-stamped copy of the most recent notification (Doc. No. 22), along with a blank form for future use if needed.

IT IS SO ORDERED this 3rd day of October, 2024.

_____
CHARLES B. GOODWIN
United States District Judge

2